Lawrence E. LEWIS, Jr., Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 15731.

United States Court of Appeals Sixth Circuit.

July 9, 1964.

Arthur E. Freedman (Court Appointed), Cincinnati, Ohio, for appellant.

Ernest W. Rivers, Asst. U. S. Atty., Louisville, Ky., William E. Scent, U. S. Atty., Louisville, Ky., on brief, for appellee.

Before WEICK, Chief Judge, EDWARDS, Circuit Judge, and FOX, District Judge.

ORDER.

Upon consideration, it is the judgment of this Court that appellant Lawrence E. Lewis, Jr.'s constitutional rights have not been violated, and the judgment of the District Judge in dismissing petitioner's motion in a proceeding under Section 2255 is affirmed.

UNITED STATES of America, Appellant,

v.

Rutledge SLATTERY.

No. 14807.

United States Court of Appeals Third Circuit.

Argued May 21, 1964.

Decided June 23, 1964.

Jonathan S. Cohen, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Attorneys, Department of Justice, Washington, D. C., Drew J. T. O'Keefe, U. S. Atty., Sullivan Cistone, Asst. U. S. Atty., on the brief), for appellant.

Rutledge Slattery, Philadelphia, Pa., pro se.

Before KALODNER, GANEY and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The District Court's Order for Entry of Judgment will be affirmed, 224 F.Supp. 214.